

FREEDOM MORTGAGE®
Return Mail Service Only
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619033
DALLAS, TX 75261-9033

**USPS CERTIFIED MAIL**

9214 8969 0043 7100 0804 7958 33

2-807-33685-0000120-001-000-000-000-000
LARRY J SMALT
148 CUSHMAN DR
FARMINGTON ME  04938-5117

November 4, 2019

Re:     Loan Number
        Collateral Address          148 CUSHMAN DR
                                     FARMINGTON ME 04938

NOTICE OF DEFAULT AND RIGHT TO CURE

Dear Borrower(s):

We have not received your loan payments for the period of September 1, 2019 through November 1, 2019, which means your loan is in default.  This letter is a demand for payment of the past due amounts causing the loan to be in default and any other charges that must be paid in order to cure the default, which are:

| | |
|---|---|
| Principal, interest, & escrow | $2,214.93 |
| Late charges | $88.59 |
| Default Expenses | $0.00 |
| Default Corporate Advances | $0.00 |
| Property Inspection Fees | $50.00 |
| NSF Fees | $0.00 |
| One Time Draft Fees | $0.00 |
| Payoff Statement Fees | $0.00 |
| Less Amount in Suspense | $0.00 |
| Total Amount Due | $2,353.52 |

Interest and fees will continue to accrue after the date of this letter in accordance with the terms of your loan.  The Total Amount Due does not include any amounts that become due after the date of this notice.

You have the right to cure the default by paying the Total Amount Due shown above within 35 days of receiving this notice.  If you do not cure the default by the 35-day deadline, Freedom Mortgage Corporation may require immediate payment in full, and Freedom Mortgage Corporation or another person may acquire the Property by means of foreclosure and sale.

If you meet the conditions stated in Section 19 of the Mortgage, you will have the right to have Freedom Mortgage Corporation's enforcement of the Mortgage discontinued and to have the Note and Mortgage remain effective as if immediate payment in full had never been required.

EXHIBIT
C

4011



Return Mail Service Only
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619033
DALLAS, TX 75261-9033

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and Mortgage, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, the mortgage servicer, or a counselor approved by the United States Department of Housing and Urban Development ("HUD"). You are encouraged to explore available options prior to the end of the right-to-cure period.

The contact information for the mortgagee having authority to modify your mortgage loan to avoid foreclosure is:

**Freedom Mortgage Corporation**
**10500 Kincaid Drive, Suite 111,**
**Fishers, Indiana 46037-9764**
**(855) 690-5900**

You may contact a HUD-approved counseling agency operating in Maine to assist mortgagors in the state to avoid foreclosure using the contact information that is provided with this letter.

HUD-approved counseling is available on FHA guaranteed loans by calling 1-800-569-4287. You may also be entitled to a face-to-face interview with Freedom Mortgage Corporation if you have an FHA-guaranteed loan. If you would like to discuss this letter and foreclosure prevention options, or arrange a face-to-face interview, we encourage you to contact our Customer Care Department immediately at (855) 690-5900, Monday through Friday, from 8:00am - 10:00pm, and Saturday from 9:00am - 6:00pm, Eastern Time.

You may request mediation to explore options for avoiding foreclosure judgment.

Please telephone Freedom Mortgage Corporation at (855) 690-5900 before you make your payment to confirm the amount you should pay. Payments must be made in U.S. currency, made payable to Freedom Mortgage Corporation, and sent to:

**Freedom Mortgage Corporation**
**PO Box 7230**
**Pasadena CA 91109-7230**

You may access your loan information at your convenience, 24 hours a day, 7 days a week! Simply log on to our website at www.freedommortgage.com or call our automated phone system at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am - 10:00pm and Saturday from 9:00am - 6:00pm Eastern Time.

Sincerely,


Customer Care Department
Freedom Mortgage Corporation



Return Mail Service Only
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619033
DALLAS, TX 75261-9033

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

Return Mail Service Only
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619033
DALLAS, TX 75261-9033

2-807-33685-0000120-001-000-000-000-000

FREEDOM MORTGAGE®

The following is a list including the names, addresses and telephone numbers of all counseling agencies approved by HUD to assist mortgagors in Maine to avoid foreclosure:

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website, Agency ID | Address | Languages | Parent Organization |
|---|---|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org<br>Agency ID: 84456 | 353 WATER STREET AUGUSTA, Maine 04330-4665 | - English | MAINE STATE HOUSING AUTHORITY |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org<br>Website: www.penquis.org<br>Agency ID: 81649 | 262 Harlow Street PO Box 1162 BANGOR, Maine 04401-4952 | - English | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-443-7447<br>E-mail: candice.carpenter@mmcacorp.org<br>Website:www.midcoastmainecommunityaction.org<br>Agency ID: 80502 | 34 Wing Farm Pkwy Bath, Maine 04530-1515 | - English<br>- Spanish | |
| WALDO COMMUNITY ACTION PARTNERS | Phone: 207-338-6809<br>E-mail: N/A<br>Website: waldocap.org<br>Agency ID: 90310 | 9 Field St Ste 201 Belfast, Maine 04915-6661 | - English<br>- French<br>- German | MAINE STATE HOUSING AUTHORITY |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org<br>Agency ID: 80985 | 30 Federal Street Suite 100 BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org<br>Agency ID: 81144 | 307 Cumberland Avenue PORTLAND, Maine 04101-4920 | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@cflmaine.org<br>Website: cflme.org/<br>Agency ID: 80649 | 309 Cumberland Ave Ste 202 Portland, Maine 04101-4982 | - English<br>- French<br>- Other<br>- Swahili | MAINE STATE HOUSING AUTHORITY |

| Agency | Contact | Address | Languages | Parent Organization |
|---|---|---|---|---|
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | **Phone:** 866-232-9080<br>**Toll-free:** 866-232-9080<br>**Fax:** 866-921-5129<br>**E-mail:counselinginfo@moneymanagement.org**<br>**Website: www.moneymanagement.org**<br>**Agency ID:** 82632 | 477 Congress St 5Th Floor Portland, Maine 04101 | - English<br>- Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | **Phone:** 207-774-8211<br>**Fax:** 207-828-2300<br>**E-mail: nheald@ptla.org**<br>**Website: www.ptla.org**<br>**Agency ID:** 80635 | 88 Federal St PO Box 547 PORTLAND, Maine 04101-4205 | - Arabic<br>- ASL<br>- Cambodian<br>- Cantonese<br>- Chinese Mandarin<br>- Creole<br>- Czech<br>- English<br>- Farsi<br>- French<br>- Hindi<br>- Hmong<br>- Indonesian<br>- Korean<br>- Polish<br>- Portuguese<br>- Russian<br>- Spanish<br>- Swahili<br>- Turkish<br>- Ukrainian<br>- Vietnamese | |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | **Phone:** 207-768-3023-650<br>**Toll-free:** 800-432-7881<br>**Fax:** 207-768-3021<br>**E-mail: jbaillargeon@acap-me.org**<br>**Website: www.acap-me.org**<br>**Agency ID:** 83641 | 771 Main St PRESQUE ISLE, Maine 04769-2201 | - English | MAINE STATE HOUSING AUTHORITY |
| YORK COUNTY COMMUNITY ACTION AGENCY | **Phone:** 207-459-2903<br>**Fax:** 207-490-5026<br>**E-mail: Meaghan.Arzberger@yccac.org**<br>**Website: www.yccac.org**<br>**Agency ID:** 81150 | 6 Spruce Street SANFORD, Maine 04073-2917 | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | **Phone:** 207-333-6419<br>**Fax:** 207-795-4069<br>**E-mail: homequest@community-concepts.org**<br>**Website: www.community-concepts.org**<br>**Agency ID:** 81580 | 17 Market Square SOUTH PARIS, Maine 04281-1533 | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | **Phone:** 800-542-8227<br>**E-mail: N/A**<br>**Website: www.kvcap.org**<br>**Agency ID:** 81685 | 97 Water St Waterville, Maine 04901-6339 | - English | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |



**UNITED STATES**
**POSTAL SERVICE**₥

Date Produced: 11/18/2019

VENTURE ENCODING LTD:

The following is the delivery information for Certified Mail™/RRE item number 9214 8969 0043 7100 0804 7958 33. Our records indicate that this item was delivered on 11/14/2019 at 01:52 p.m. in FARMINGTON, ME 04938. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        80733685 0090650011        0